**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1321

REGINALD WRIGHT,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF CHILD SUPPORT ENFORCEMENT; VERLITA HARRIS, individually and in her official capacity as an Operations Manager; LAURA MCVAY, individually and in her capacity as a Child Support Attorney; CONSTANCE H. FROGALE, individually and in her capacity as a Judge in her respective court in the City of Alexandria, Virginia; THOMAS KEVIN CULLEN, individually and in his capacity as a Judge in his respective court in the City of Alexandria, Virginia; JAMES C. CLARK, individually and in his capacity as a Judge in his respective court in the City of Alexandria, Virginia; KATHLEEN M. USTON, individually and in her capacity as a Judge in her respective court in the City of Alexandria, Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-01232-CMH-WEF)

Submitted:  August 22, 2024                          Decided:  August 26, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Wright, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 action in which he raised claims related to his child support obligation. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wright v. Commonwealth of Virginia Dep't of Child Support Enf't*, No. 1:23-cv-01232-CMH-WEF (E.D. Va. Mar. 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*